**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CZERWINSKI, an individual; and JEFFREY SALMANSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Defendants. | CV 17-4408 PA (MRWx)<br><br>JUDGMENT |

Pursuant to the Court's September 11, 2017 Minute Order granting the Motions to Dismiss filed by defendants Scottsdale Insurance Company and Arch Insurance Company (collectively "Defendants"), which dismissed all of the claims asserted by plaintiffs David Czerwinski and Jeffrey Salmanson (collectively "Plaintiffs") against Defendants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed with prejudice.

//

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
2 | nothing and that Defendants shall have their costs of suit.
3 | IT IS SO ORDERED.

DATED: September 11, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE